*E-Filed 2/1/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT E. JOHNSON, | No. C 11-1980 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| FRANCISCO JACQUES, et al., | |
| Defendants. | |

Defendants' motion to extend time to file a dispositive motion or notice regarding such motion (Docket No. 44) is GRANTED. Defendants shall file such response on or before April 1, 2013. The Clerk shall terminate Docket No. 44.

**IT IS SO ORDERED**.

DATED: February 1, 2013

RICHARD SEEBORG
United States District Judge