*E-Filed 4/19/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT E. JOHNSON, | No. C 11-1980 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| FRANCISCO JACQUES, et al., | |
| Defendants. | |

Plaintiff's motion to extend time to file an opposition to defendants' motion for summary judgment (Docket No. 51) is GRANTED. Plaintiff shall file his opposition on or before June 28, 2013. The Clerk shall terminate Docket No. 51.

**IT IS SO ORDERED**.

DATED: April 19, 2013

RICHARD SEEBORG
United States District Judge